UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AVERY L. HYPOLITE, | ) | NO. CV 11-4341 ODW (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| HUBBART, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 1, 2011.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE